Jason T. Holden, Esq. (I.D. #6014)
Katie R. Ranta, Esq. (I.D. #9609)
FAURE HOLDEN ATTORNEYS AT LAW, P.C.
1314 Central Avenue
P. O. Box 2466
Great Falls, MT 59403-2466
Telephone: (406) 452-6500
Facsimile: (406) 452-6503
jholden@faureholden.com
kranta@faureholden.com

Attorneys for Defendant MedPort, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| In Re<br><br>JOHN HENRY SCHNEIDER,<br><br>　　　　　　　　Debtor.<br>―――――――――――――――<br>JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SCHNEIDER LIMITED PARTNERSHIP; SCHNEIDER MANAGEMENT, LLC; MEDPORT, LLC; BSC, LLC; JOHN HENRY SCHNEIDER; MICHELLE R. SCHNEIDER; KATHLEEN T. BURROWS; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE | Case No. 14-61357<br><br>Adversary No.15-00015<br><br>**DEFENDANT MEDPORT, LLC'S MOTION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING** |

BRANDON SCHNEIDER BENEFIT
TRUST, DATED MARCH 30, 2012;
MICHELLE R. SCHNEIDER, AS
TRUSTEE OF THE SHANNON
SCHNEIDER BENEFIT TRUST,
DATED MARCH 30, 2012;
MICHELLE R. SCHNEIDER, AS
TRUSTEE OF THE CAITLIN
SCHNEIDER BENEFIT TRUST,
DATED MARCH 30, 2012; JOHN
SCHNEIDER, AS TRUSTEE OF THE
JOHN SCHNEIDER REVOCABLE
TRUST, DATED NOVEMBER 20,
2007; MICHELLE R. SCHNEIDER,
AS TRUSTEE OF THE MICHELLE
SCHNEIDER REVOCABLE TRUST,
DATED NOVEMBER 20, 2007; JOHN
DOES 1–10; and XYZ CORPS. 1–10;

                Defendants.

Defendant, MedPort, LLC ("MedPort"), by and through its counsel of record, Faure Holden Attorneys at Law, P.C., respectfully submits this Motion to Withdraw Reference of Adversary Proceeding pursuant to 28 U.S.C. § 157, Fed. R. Bankr. P. 5011(a), and Local Bankruptcy Rule 5011-1.  Pursuant to Fed. R. Bankr. P. 5001(a) and Local Bankruptcy Rule 5011-1, this motion must be submitted to and heard by the District Court.

The Bankruptcy Court lacks authority to enter final judgment on the claims against MedPort.  MedPort is also entitled to a jury trial on the claims against it, and

the Bankruptcy Court is not authorized to conduct a jury trial absent MedPort's consent, which it has not and will not give. Therefore, cause exists to withdraw the reference of this adversary proceeding.

Pursuant to Local Rule 7.1(c)(1), MedPort's counsel contacted Mr. Trent Gardner, counsel for the Trustee, and he opposes this motion. MedPort's counsel contacted Mr. Harold V. Dye, counsel for John Henry Schneider, John Schneider, as Trustee of the John Schneider Revocable Trust, and BSC, LLC, and he does not oppose this motion. MedPort's counsel contacted Mr. Mark D. Parker, counsel for Michelle R. Schneider, Individually, and as Trustee for the Brandon Schneider Benefit Trust, as Trustee of the Shannon Schneider Benefit Trust, as Trustee of the Caitlin Schneider Benefit Trust, as Trustee of the Michelle Schneider Revocable Trust, Schneider Limited Partnership and Schneider Management, LLC, and he does not oppose this motion.

DATED this 5th day of October, 2015.

>                   FAURE HOLDEN ATTORNEYS AT LAW, P.C.
>
>                   BY: /s/ Jason T. Holden
>                       Jason T. Holden

# CERTIFICATE OF SERVICE

This is to certify that on the 5th day of October, 2015, a copy of the foregoing document was served upon the individual or individuals whose names and addresses appear below by U.S. Mail:

Trent M. Gardner
Jeffrey J. Tierney
GOETZ, BALDWIN & GEDDES, P.C.
P.O. Box 6580
Bozeman, MT 59771-6580

Joseph V. Womack
WALLER & WOMACK, P.C.
303 North Broadway, Ste. 805
Billings, Montana 59101

Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, MT 59801
Attorney for John Henry Schneider, John Schneider, as Trustee of the John Schneider Revocable Trust, and BSC, LLC

Mark D. Parker
PARKER, HEITZ & COSGROVE, PLLC
P.O. Box 7212
Attorney for Michelle R. Schneider, Individually, and as Trustee for the Brandon Schneider Benefit Trust, as Trustee of the Shannon Schneider Benefit Trust, as Trustee of the Caitlin Schneider Benefit Trust, as Trustee of the Michelle Schneider Revocable Trust, Schneider Limited Partnership and Schneider Management, LLC

/s/ Jason T. Holden
Jason T. Holden