**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re | |
| **JOHN HENRY SCHNEIDER**, | Case No.  **14-61357-7** |
| Debtor. | |
| **JOSEPH V. WOMACK**, | |
| Plaintiff. | |
| -vs- | |
| **SCHNEIDER LIMITED PARTNERSHIP**, et al, | Adv No.  **15-00015** |
| Defendants. | |

**O R D E R**

At Butte in said District this 2nd day of May, 2016.

Upon review of the record in this Adversary Proceeding,

IT IS ORDERED that a pretrial scheduling conference shall be held telephonically on **Wednesday, June 1, 2016, at 2:30 p.m.**  To participate in the telephonic conference, the parties shall, on the aforementioned date and time, dial into the Court's telephonic conferencing system at 858-812-0972; the Numeric Access Code for the conference is 3000001.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana