UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>Debtor. | Case No. **14-61357-7** |
| **JOSEPH V. WOMACK**,<br><br>Plaintiff.<br><br>-vs-<br><br>**SCHNEIDER LIMITED PARTNERSHIP**, et al.,<br><br>Defendants. | Adv No. **15-00015** |

# O R D E R

At Butte in said District this 10th day of May, 2016.

In this adversary proceeding Harold V. Dye, counsel of record for Defendants BSC, LLC, John Henry Schneider, and John Schneider as Trustee of the John Schneider Revocable Trust, Dated November 20, 2007, filed on April 21, 2016, a motion to withdraw as counsel, explaining that the Debtor terminated him but declined to file a consent to Dye's withdrawal. Debtor still is represented by counsel James H. Cossitt of Kalispell as counsel of record in this adversary proceeding. Montana Local Bankruptcy Rule 1074-1 requires that corporations, trusts and other legal entities "shall be represented in Court proceedings by an attorney. Dye's motion includes a notice granting the parties 14 days to respond and request a hearing. No objection has been filed.

1

Based on the absence of any objection after notice, which is deemed an admission that the relief requested should be granted, the Court finds that Dye's motion is well taken and should be granted without further notice or hearing under Montana Local Bankruptcy Rule 2090-5(a).

**IT IS ORDERED** Dye's motion to withdraw as counsel, filed on April 21, 2016, is **GRANTED** and Harold V. Dye is deemed to have withdrawn as counsel of record for Defendants BSC, LLC, John Henry Schneider, and John Schneider as Trustee of the John Schneider Revocable Trust, Dated November 20, 2007, in this adversary proceeding.

/s/ Ralph B. Kirscher
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge